DENNIS J. HIGGINS v.
THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY.

March 11, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. ROGER ANDREW SOLES.

March 11, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. OSMOND BROWN.

March 11, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. COLLETTE DEVERS.

March 11, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. EDWARD ISAAC.

March 11, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. SAMUEL WILLIAMS.

March 11, 1975. Petition for certification denied.